UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 09-2150 DMG (FMOx) | Date | April 7, 2010 |
|---|---|---|---|

| Title | *Tommy Mayfield et al v. Kaiser Foundation Health Plan, Inc. et al* |
|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT COURT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Reported | Not Reported |

**Proceedings:   IN CHAMBERS**

The Court orders PLAINTIFFS to show cause in writing why they should not be sanctioned for failure to comply with Local Rule 16 before the April 12, 2010 Final Pretrial Conference.

**IT IS SO ORDERED.**

**cc: All parties**